U.S. Department of Justice
United States Attorney

*FILED IN OPEN COURT*
*U.S.D.C. - Atlanta*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

*JAN - 7 2025*

*KEVIN P. WEIMER, Clerk*
*By: _____ Deputy Clerk*

UNITED STATES OF AMERICA

Indictment/Information

v.

## 1:25-CR-001

Roman Vitalyevich Ostapenko

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Samir Kaushal
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 _____.

_____
            Clerk

**ISSUED AND DELIVERED
TO U.S. MARSHAL**

_____ 1-7-2025 _____

By _____
            Deputy Clerk

BY: _____
                    DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94